UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WILLIAMS, on behalf of himself and others similarly situated,

    Plaintiff,

v

EDUSTAFF, LLC, a Michigan limited liability company,

    Defendant.

Case No:  1:24-cv-00326

Hon. Paul L. Maloney

| Robert M. Howard (P80740) | Leigh M. Schultz (P71038) |
|---|---|
| Bradley K. Glazier (P35523) | Barbara A. Moore (P83123) |
| Cunningham Dalman, P.C. | Miller Johnson |
| *Attorneys for Plaintiff* | *Attorneys for Defendant EDUStaff, LLC* |
| 940 Monroe Avenue N.W., Suite 253 | 100 W. Michigan Avenue, Suite 200 |
| Grand Rapids, MI  49503 | Kalamazoo, MI  49007 |
| 616-458-6814 | 269-226-2950 |
| robert@cunninghamdalman.com | schultzl@millerjohnson.com |
| brad@cunninghamdalman.com | mooreb@millerjohnson.com |

## ORDER APPROVING SETTLEMENT

    After a review of the Parties' Joint Motion for Approval of Settlement Agreement and the proposed Settlement Agreement, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act.

    IT IS, THEREFORE, ORDERED THAT the Motion is GRANTED and the proposed settlement, as stated in the Settlement Agreement, is APPROVED.

Date:  July 18, 2024

    /s/ Paul L. Maloney
    Hon. Paul L. Maloney
    United States District Judge

MJ_DMS 37874647v1