UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WILLIAMS, on behalf of himself and others similarly situated,

    Plaintiff,

v

EDUSTAFF, LLC, a Michigan limited liability company,

    Defendant.

Case No:  1:24-cv-00326

Hon. Paul L. Maloney

| Robert M. Howard (P80740) | Leigh M. Schultz (P71038) |
|---|---|
| Bradley K. Glazier (P35523) | Barbara A. Moore (P83123) |
| Cunningham Dalman, P.C. | Miller Johnson |
| *Attorneys for Plaintiff* | *Attorneys for Defendant EDUStaff, LLC* |
| 940 Monroe Avenue N.W., Suite 253 | 100 W. Michigan Avenue, Suite 200 |
| Grand Rapids, MI  49503 | Kalamazoo, MI  49007 |
| 616-458-6814 | 269-226-2950 |
| robert@cunninghamdalman.com | schultzl@millerjohnson.com |
| brad@cunninghamdalman.com | mooreb@millerjohnson.com |

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS OR FEES**

    NOW COMES Steven Williams ("Plaintiff") and Defendant EDUStaff, LLC ("EDUStaff"), by and through their undersigned counsel, and hereby stipulate and agree to the entry of an Order dismissing this case with prejudice and without attorneys' fees or costs to any party.

    NOW, THEREFORE, this matter having come before the Court on the Stipulation of the Parties, and the Court being otherwise fully advised in the premises;

    IT IS ORDERED that the case is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

THIS IS A FINAL ORDER AND CLOSES THE CASE.

Dated:  July 25, 2024                              /s/ Paul L. Maloney
                                                   Hon. Paul L. Maloney
                                                   United States District Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

CUNNINGHAM DALMAN, P.C.              MILLER JOHNSON

*/s/ Robert M. Howard (with permission)*    */s/ Leigh M. Schultz*
Robert M. Howard (P80740)            Leigh M. Schultz (P71038)
Bradley K. Glazier (P35523)          Barbara A. Moore (P83123)
Attorneys for Plaintiff              Attorneys for Defendant

Date:  July 24, 2024                 Date:  July 24, 2024

2